IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

R.E.X., INC.,

Debtor.

Case No. 20-30290
CHAPTER 11

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that the United States Small Business Administration is represented in this matter by Christopher R. Arthur, Assistant United States Attorney.

UNITED STATES SMALL BUSINESS
ADMINISTRATION

By counsel,

MICHAEL B. STUART
United States Attorney

**s/ Christopher R. Arthur**
Assistant United States Attorney
WV State Bar No. 9192
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200 | Fax: 304-347-5443

Dated: September 28, 2020

E-mail: chris.arthur@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** today using the CM/ECF system which will send notification of such filing to CM/ECF participants.

Dated: September 28,2020

**s/ Christopher R. Arthur**
Assistant United States Attorney