R.E.X., Inc.

# INDEX

I. Introduction.

II. Background.

III. Explanation of Subchapter V.

IV. Significant events during the case.

V. Classification of claims.

VI. Treatment of claims.

VII. Disputed claims.

VIII. Executory contracts.

IX. Means of implementation.

X. Liquidation analysis.

XI.. Surplus real property.

XI. General provisions.