Index to Exhibits

1.      List of Assets.

2.      List of Creditors.

3.      Monthly Rent Roll.

4.      Plan Payments.

5.      Projections For Billy Bob's and Putt Putt.

6.      Tax Calculations.

7.      Operating Expenses - Strip Center.

### List of Assets

| | | |
|---|---|---|
| 1. | Strip Center including Outback | $3,800,000 |
| 2. | Billy Bob's | $2,800,000 |
| 3. | P:utt Putt and go cart parcel | $ 500,000 |
| 4. | Equipment | $  150,000 |
| | Total | $7,250,000 |

## List of Creditors

| | | |
|---|---|---|
| 1. | Internal Revenue Service | $ 61,825 |
| 2. | West Virginia State Tax Department | $ 27,212 |
| 3. | Sheriff-Treasurer of Cabell County | $ 41,673 |

4. Secured creditors:
   Community Trust Bank
   Betson Entertainment
   (Lease provisions)

Unsecured:

| | |
|---|---|
| William Watson | $ 65,000 |
| SBA PPP Loan (forgiveable) | $ 59,000 |
| SBA PPP Loan (forgiveable) | $120,000 |

## Monthly Rent Roll

| | | |
|---|---|---|
| Tortilla Factory | | $  8,000 |
| LKV | | $  2,200 |
| Opulence | | $  2,400 |
| Beauty Systems | | $  2,283 |
| Uncle Bill's Pub | | $  4,750 |
| Botega | | $  1,000 |
| Outback | | <u>$12,475</u> |
| | Total | $33,108 |

Less operating expenses -
Strip Center

<u>Other Net Revenues</u>:

| | | |
|---|---|---|
| Putt Putt / Billy Bob's | | <u>$19,000</u> |
| | Total | $52,100 |

<u>Less Plan Payments</u>:
Initial amount                                          $31,894 (to be increased after 3 months)

## PLAN PAYMENTS

| | |
|---|---|
| First Community Bank | $24,069 |
| Escrow payments | $ 3,456 |
| Internal Revenue Service | $ 1,500 |
| State Tax Department | $   600 |
| Sheriff-Treasurer of Cabell County | $ 1,166 |
| Unsecured | <u>$ 1,100</u> |
| Plus Escrow | <u>$ 3,456</u> |
| Total | $31,891 |

|  | | | MONTH | |
|---|---|---|---|---|
|  | | | Jan-21 | |
| **INCOME** | | | | |
| | | | | |
| FOOD AND GAMES | $ | 98,600.00 | | |
| LASER TAG | $ | 11,200.00 | | |
| MINI GOLF | $ | - | | |
| TOTAL | | | $ | 109,800.00 |
| | | | | |
| **COST OF GOODS** | | | | |
| FOOD AND BEV | $ | 11,832.00 | | |
| TICKETS TOKENS | $ | 3,451.00 | | |
| GIFT SHOP SUPPLIES | $ | 4,930.00 | | |
| TOTAL | | | $ | 20,213.00 |
| | | | | |
| NET PROFIT | $ | 89,587.00 | | |
| | | | | |
| **EXPENSES** | | | | |
| BANK SERVICE CHARGES | $ | 1,647.00 | | |
| LANDRY SERVICE | $ | 1,372.50 | | |
| OFFICE SUPPLIES | $ | 823.50 | | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | | |
| BUILDING REPAIRS | $ | 500.00 | | |
| GAME/EQUIPMENT REPAIRS | $ | 1,921.50 | | |
| SALARY AND WAGES | $ | 28,548.00 | | |
| PAYROLL TAXES | $ | 2,854.80 | | |
| PROPERTY TAXES | $ | 1,200.00 | | |
| MISC CHARGES | $ | 2,000.00 | | |
| UTILITIES | $ | 7,686.00 | | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | | |
| TOTAL | | | $ | 62,293.30 |
| | | | | |
| EST NET PROFIT/LOSS | $ | 27,293.70 | | |

|  |  | MONTH |
|---|---|---|
|  |  | Feb-21 |

**INCOME**

| | | | |
|---|---|---|---|
| FOOD AND GAMES | $ | 91,000.00 | |
| LASER TAG | $ | 10,800.00 | |
| MINI GOLF | $ | - | |
| TOTAL | | $ | 101,800.00 |

**COST OF GOODS**

| | | | |
|---|---|---|---|
| FOOD AND BEV | $ | 10,920.00 | |
| TICKETS TOKENS | $ | 3,185.00 | |
| GIFT SHOP SUPPLIES | $ | 4,550.00 | |
| TOTAL | | $ | 18,655.00 |

| | | |
|---|---|---|
| NET PROFIT | $ | 83,145.00 |

**EXPENSES**

| | | | |
|---|---|---|---|
| BANK SERVICE CHARGES | $ | 1,527.00 | |
| LANDRY SERVICE | $ | 1,272.50 | |
| OFFICE SUPPLIES | $ | 763.50 | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | |
| BUILDING REPAIRS | $ | 500.00 | |
| GAME/EQUIPMENT REPAIRS | $ | 1,781.50 | |
| SALARY AND WAGES | $ | 26,468.00 | |
| PAYROLL TAXES | $ | 2,646.80 | |
| PROPERTY TAXES | $ | 1,200.00 | |
| MISC CHARGES | $ | 2,000.00 | |
| UTILITIES | $ | 7,126.00 | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | |
| TOTAL | | $ | 59,025.30 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ | 24,119.70 |

|  | | MONTH |
|---|---|---|
|  | | Mar-21 |
| INCOME | | |
| FOOD AND GAMES | $ 105,000.00 | |
| LASER TAG | $ 11,600.00 | |
| MINI GOLF | $ - | |
| TOTAL | | $ 116,600.00 |
| COST OF GOODS | | |
| FOOD AND BEV | $ 12,600.00 | |
| TICKETS TOKENS | $ 3,675.00 | |
| GIFT SHOP SUPPLIES | $ 5,250.00 | |
| TOTAL | | $ 21,525.00 |
| NET PROFIT | $ 95,075.00 | |
| EXPENSES | | |
| BANK SERVICE CHARGES | $ 1,749.00 | |
| LANDRY SERVICE | $ 1,457.50 | |
| OFFICE SUPPLIES | $ 874.50 | |
| PROFESSIONAL SERVICE | $ 2,000.00 | |
| BUILDING REPAIRS | $ 500.00 | |
| GAME/EQUIPMENT REPAIRS | $ 2,040.50 | |
| SALARY AND WAGES | $ 30,316.00 | |
| PAYROLL TAXES | $ 3,031.60 | |
| PROPERTY TAXES | $ 1,200.00 | |
| MISC CHARGES | $ 2,000.00 | |
| UTILITIES | $ 8,162.00 | |
| LOAN EXPENSE  BILLY BOBS | $ 7,300.00 | |
| LOAN EXPENSE MINI GOLF | $ 4,440.00 | |
| TOTAL | | $ 65,071.10 |
| EST NET PROFIT/LOSS | $ 30,003.90 | |

|  |  | MONTH |
|---|---|---|
|  |  | Apr-21 |
| **INCOME** |  |  |
|  |  |  |
| FOOD AND GAMES | $ 81,000.00 |  |
| LASER TAG | $ 9,800.00 |  |
| MINI GOLF | $ 7,500.00 |  |
| TOTAL |  | $ 98,300.00 |
|  |  |  |
| **COST OF GOODS** |  |  |
| FOOD AND BEV | $ 9,720.00 |  |
| TICKETS TOKENS | $ 2,835.00 |  |
| GIFT SHOP SUPPLIES | $ 4,050.00 |  |
| TOTAL |  | $ 16,605.00 |
|  |  |  |
| NET PROFIT | $ 81,695.00 |  |
|  |  |  |
| **EXPENSES** |  |  |
| BANK SERVICE CHARGES | $ 1,474.50 |  |
| LANDRY SERVICE | $ 1,228.75 |  |
| OFFICE SUPPLIES | $ 737.25 |  |
| PROFESSIONAL SERVICE | $ 2,000.00 |  |
| BUILDING REPAIRS | $ 500.00 |  |
| GAME/EQUIPMENT REPAIRS | $ 1,720.25 |  |
| SALARY AND WAGES | $ 25,558.00 |  |
| PAYROLL TAXES | $ 2,555.80 |  |
| PROPERTY TAXES | $ 1,200.00 |  |
| MISC CHARGES | $ 2,000.00 |  |
| UTILITIES | $ 6,881.00 |  |
| LOAN EXPENSE  BILLY BOBS | $ 7,300.00 |  |
| LOAN EXPENSE MINI GOLF | $ 4,440.00 |  |
| TOTAL |  | $ 57,595.55 |
|  |  |  |
| EST NET PROFIT/LOSS | $ 24,099.45 |  |

|  | | MONTH |
| --- | --- | --- |
|  | | May-21 |

### INCOME

| | | |
| --- | --- | --- |
| FOOD AND GAMES | $ | 78,000.00 |
| LASER TAG | $ | 7,200.00 |
| MINI GOLF | $ | 15,600.00 |
| TOTAL | | $ 100,800.00 |

### COST OF GOODS

| | | |
| --- | --- | --- |
| FOOD AND BEV | $ | 9,360.00 |
| TICKETS TOKENS | $ | 2,730.00 |
| GIFT SHOP SUPPLIES | $ | 3,900.00 |
| TOTAL | | $ 15,990.00 |

| | | |
| --- | --- | --- |
| NET PROFIT | $ | 84,810.00 |

### EXPENSES

| | | |
| --- | --- | --- |
| BANK SERVICE CHARGES | $ | 1,512.00 |
| LANDRY SERVICE | $ | 1,260.00 |
| OFFICE SUPPLIES | $ | 756.00 |
| PROFESSIONAL SERVICE | $ | 2,000.00 |
| BUILDING REPAIRS | $ | 500.00 |
| GAME/EQUIPMENT REPAIRS | $ | 1,764.00 |
| SALARY AND WAGES | $ | 26,208.00 |
| PAYROLL TAXES | $ | 2,620.80 |
| PROPERTY TAXES | $ | 1,200.00 |
| MISC CHARGES | $ | 2,000.00 |
| UTILITIES | $ | 7,056.00 |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 |
| TOTAL | | $ 58,616.80 |

| | | |
| --- | --- | --- |
| EST NET PROFIT/LOSS | $ | 26,193.20 |

|  |  | MONTH |
|  |  | Jun-21 |

**INCOME**

| FOOD AND GAMES | $ | 89,200.00 |  |  |
| LASER TAG | $ | 5,600.00 |  |  |
| MINI GOLF | $ | 11,200.00 |  |  |
| TOTAL |  |  | $ | 106,000.00 |

**COST OF GOODS**

| FOOD AND BEV | $ | 10,704.00 |  |  |
| TICKETS TOKENS | $ | 3,122.00 |  |  |
| GIFT SHOP SUPPLIES | $ | 4,460.00 |  |  |
| TOTAL |  |  | $ | 18,286.00 |

| NET PROFIT | $ | 87,714.00 |  |  |

**EXPENSES**

| BANK SERVICE CHARGES | $ | 1,590.00 |  |  |
| LANDRY SERVICE | $ | 1,325.00 |  |  |
| OFFICE SUPPLIES | $ | 795.00 |  |  |
| PROFESSIONAL SERVICE | $ | 2,000.00 |  |  |
| BUILDING REPAIRS | $ | 500.00 |  |  |
| GAME/EQUIPMENT REPAIRS | $ | 1,855.00 |  |  |
| SALARY AND WAGES | $ | 27,560.00 |  |  |
| PAYROLL TAXES | $ | 2,756.00 |  |  |
| PROPERTY TAXES | $ | 1,200.00 |  |  |
| MISC CHARGES | $ | 2,000.00 |  |  |
| UTILITIES | $ | 7,420.00 |  |  |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 |  |  |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 |  |  |
| TOTAL |  |  | $ | 60,741.00 |

| EST NET PROFIT/LOSS | $ | 26,973.00 |  |  |

|                          | MONTH      |
|                          | Jul-21     |

### INCOME

| INCOME                    |    |            |    |            |
| ------------------------- | -- | ---------- | -- | ---------- |
| FOOD AND GAMES            | $  | 98,700.00  |    |            |
| LASER TAG                 | $  | 6,200.00   |    |            |
| MINI GOLF                 | $  | 15,000.00  |    |            |
| TOTAL                     |    |            | $  | 119,900.00 |
|                           |    |            |    |            |
| COST OF GOODS             |    |            |    |            |
| FOOD AND BEV              | $  | 11,844.00  |    |            |
| TICKETS TOKENS            | $  | 3,454.50   |    |            |
| GIFT SHOP SUPPLIES        | $  | 4,935.00   |    |            |
| TOTAL                     |    |            | $  | 20,233.50  |
|                           |    |            |    |            |
| NET PROFIT                | $  | 99,666.50  |    |            |
|                           |    |            |    |            |
| EXPENSES                  |    |            |    |            |
| BANK SERVICE CHARGES      | $  | 1,798.50   |    |            |
| LANDRY SERVICE            | $  | 1,498.75   |    |            |
| OFFICE SUPPLIES           | $  | 899.25     |    |            |
| PROFESSIONAL SERVICE      | $  | 2,000.00   |    |            |
| BUILDING REPAIRS          | $  | 500.00     |    |            |
| GAME/EQUIPMENT REPAIRS    | $  | 2,098.25   |    |            |
| SALARY AND WAGES          | $  | 31,174.00  |    |            |
| PAYROLL TAXES             | $  | 3,117.40   |    |            |
| PROPERTY TAXES            | $  | 1,200.00   |    |            |
| MISC CHARGES              | $  | 2,000.00   |    |            |
| UTILITIES                 | $  | 8,393.00   |    |            |
| LOAN EXPENSE  BILLY BOBS  | $  | 7,300.00   |    |            |
| LOAN EXPENSE MINI GOLF    | $  | 4,440.00   |    |            |
| TOTAL                     |    |            | $  | 66,419.15  |
|                           |    |            |    |            |
| EST NET PROFIT/LOSS       | $  | 33,247.35  |    |            |
| $                         |    |            |    |            |

MONTH

Aug-21

INCOME

| | | | |
|---|---|---|---|
| FOOD AND GAMES | $ | 92,400.00 | |
| LASER TAG | $ | 5,800.00 | |
| MINI GOLF | $ | 15,000.00 | |
| TOTAL | | $ | 113,200.00 |

| | | | |
|---|---|---|---|
| COST OF GOODS | | | |
| FOOD AND BEV | $ | 11,088.00 | |
| TICKETS TOKENS | $ | 3,234.00 | |
| GIFT SHOP SUPPLIES | $ | 4,620.00 | |
| TOTAL | | $ | 18,942.00 |

| | | |
|---|---|---|
| NET PROFIT | $ | 94,258.00 |

| | | | |
|---|---|---|---|
| EXPENSES | | | |
| BANK SERVICE CHARGES | $ | 1,698.00 | |
| LANDRY SERVICE | $ | 1,415.00 | |
| OFFICE SUPPLIES | $ | 849.00 | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | |
| BUILDING REPAIRS | $ | 500.00 | |
| GAME/EQUIPMENT REPAIRS | $ | 1,981.00 | |
| SALARY AND WAGES | $ | 29,432.00 | |
| PAYROLL TAXES | $ | 2,943.20 | |
| PROPERTY TAXES | $ | 1,200.00 | |
| MISC CHARGES | $ | 2,000.00 | |
| UTILITIES | $ | 7,924.00 | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | |
| TOTAL | | $ | 63,682.20 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ | 30,575.80 |

| | MONTH |
|---|---|
| | Sep-21 |

**INCOME**

| | | |
|---|---|---|
| FOOD AND GAMES | $ 69,000.00 | |
| LASER TAG | $ 3,300.00 | |
| MINI GOLF | $ 6,000.00 | |
| TOTAL | | $ 78,300.00 |

**COST OF GOODS**

| | | |
|---|---|---|
| FOOD AND BEV | $ 8,280.00 | |
| TICKETS TOKENS | $ 2,415.00 | |
| GIFT SHOP SUPPLIES | $ 3,450.00 | |
| TOTAL | | $ 14,145.00 |

| | | |
|---|---|---|
| NET PROFIT | $ 64,155.00 | |

**EXPENSES**

| | | |
|---|---|---|
| BANK SERVICE CHARGES | $ 1,174.50 | |
| LANDRY SERVICE | $ 978.75 | |
| OFFICE SUPPLIES | $ 587.25 | |
| PROFESSIONAL SERVICE | $ 2,000.00 | |
| BUILDING REPAIRS | $ 500.00 | |
| GAME/EQUIPMENT REPAIRS | $ 1,370.25 | |
| SALARY AND WAGES | $ 20,358.00 | |
| PAYROLL TAXES | $ 2,035.80 | |
| PROPERTY TAXES | $ 1,200.00 | |
| MISC CHARGES | $ 2,000.00 | |
| UTILITIES | $ 5,481.00 | |
| LOAN EXPENSE  BILLY BOBS | $ 7,300.00 | |
| LOAN EXPENSE MINI GOLF | $ 4,440.00 | |
| TOTAL | | $ 49,425.55 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ 14,729.45 | |

|  | | MONTH |
|---|---|---|
|  | | Oct-21 |

**INCOME**

| | | | | |
|---|---|---|---|---|
| FOOD AND GAMES | $ | 73,500.00 | | |
| LASER TAG | $ | 4,800.00 | | |
| MINI GOLF | $ | 3,500.00 | | |
| TOTAL | | | $ | 81,800.00 |

**COST OF GOODS**

| | | | | |
|---|---|---|---|---|
| FOOD AND BEV | $ | 8,820.00 | | |
| TICKETS TOKENS | $ | 2,572.50 | | |
| GIFT SHOP SUPPLIES | $ | 3,675.00 | | |
| TOTAL | | | $ | 15,067.50 |

| | | |
|---|---|---|
| NET PROFIT | $ | 66,732.50 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| BANK SERVICE CHARGES | $ | 1,227.00 | | |
| LANDRY SERVICE | $ | 1,022.50 | | |
| OFFICE SUPPLIES | $ | 613.50 | | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | | |
| BUILDING REPAIRS | $ | 500.00 | | |
| GAME/EQUIPMENT REPAIRS | $ | 1,431.50 | | |
| SALARY AND WAGES | $ | 21,268.00 | | |
| PAYROLL TAXES | $ | 2,126.80 | | |
| PROPERTY TAXES | $ | 1,200.00 | | |
| MISC CHARGES | $ | 2,000.00 | | |
| UTILITIES | $ | 5,726.00 | | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | | |
| TOTAL | | | $ | 50,855.30 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ | 15,877.20 |

|  | MONTH |
|---|---|
|  | Nov-21 |

**INCOME**

| | | | | |
|---|---|---|---|---|
| FOOD AND GAMES | $ | 71,000.00 | | |
| LASER TAG | $ | 4,800.00 | | |
| MINI GOLF | $ | - | | |
| TOTAL | | | $ | 75,800.00 |

**COST OF GOODS**

| | | | | |
|---|---|---|---|---|
| FOOD AND BEV | $ | 8,520.00 | | |
| TICKETS TOKENS | $ | 2,485.00 | | |
| GIFT SHOP SUPPLIES | $ | 3,550.00 | | |
| TOTAL | | | $ | 14,555.00 |

| | | |
|---|---|---|
| NET PROFIT | $ | 61,245.00 |

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| BANK SERVICE CHARGES | $ | 1,137.00 | | |
| LANDRY SERVICE | $ | 947.50 | | |
| OFFICE SUPPLIES | $ | 568.50 | | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | | |
| BUILDING REPAIRS | $ | 500.00 | | |
| GAME/EQUIPMENT REPAIRS | $ | 1,326.50 | | |
| SALARY AND WAGES | $ | 19,708.00 | | |
| PAYROLL TAXES | $ | 1,970.80 | | |
| PROPERTY TAXES | $ | 1,200.00 | | |
| MISC CHARGES | $ | 2,000.00 | | |
| UTILITIES | $ | 5,306.00 | | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | | |
| TOTAL | | | $ | 48,404.30 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ | 12,840.70 |

MONTH

Dec-21

**INCOME**

| | | | |
|---|---|---|---|
| FOOD AND GAMES | $ | 72,500.00 | |
| LASER TAG | $ | 5,200.00 | |
| MINI GOLF | $ | - | |
| TOTAL | | $ | 77,700.00 |

**COST OF GOODS**

| | | | |
|---|---|---|---|
| FOOD AND BEV | $ | 8,700.00 | |
| TICKETS TOKENS | $ | 2,537.50 | |
| GIFT SHOP SUPPLIES | $ | 3,625.00 | |
| TOTAL | | $ | 14,862.50 |

| | | |
|---|---|---|
| NET PROFIT | $ | 62,837.50 |

**EXPENSES**

| | | | |
|---|---|---|---|
| BANK SERVICE CHARGES | $ | 1,165.50 | |
| LANDRY SERVICE | $ | 971.25 | |
| OFFICE SUPPLIES | $ | 582.75 | |
| PROFESSIONAL SERVICE | $ | 2,000.00 | |
| BUILDING REPAIRS | $ | 500.00 | |
| GAME/EQUIPMENT REPAIRS | $ | 1,359.75 | |
| SALARY AND WAGES | $ | 20,202.00 | |
| PAYROLL TAXES | $ | 2,020.20 | |
| PROPERTY TAXES | $ | 1,200.00 | |
| MISC CHARGES | $ | 2,000.00 | |
| UTILITIES | $ | 5,439.00 | |
| LOAN EXPENSE  BILLY BOBS | $ | 7,300.00 | |
| LOAN EXPENSE MINI GOLF | $ | 4,440.00 | |
| TOTAL | | $ | 49,180.45 |

| | | |
|---|---|---|
| EST NET PROFIT/LOSS | $ | 13,657.05 |

**EST YEARLY PROFIT**

| | | |
|---|---|---|
| JAN | $ | 27,293.70 |
| FEB | $ | 24,119.70 |
| MARCH | $ | 30,003.90 |
| APRIL | $ | 24,099.45 |
| MAY | $ | 26,193.20 |
| JUNE | $ | 26,973.00 |
| JULY | $ | 33,247.35 |
| AUG | $ | 30,575.80 |
| SEPT | $ | 14,729.45 |
| OCT | $ | 15,877.20 |
| NOV | $ | 12,840.70 |
| DEC | $ | 13,657.05 |
| | | |
| **TOTAL EST NET PROFIT** | $ | 279,610.50 |

| | Sales Tax | Withholding | Corp Franchise Tax | |
|---|---|---|---|---|
| Period | Liability Due | Liability Due | Liability Due | Total of all WV Liabilities |
| 6/30/2008 | | | 50.00  PBC | |
| 3/31/2012 | 0 | | | |
| 6/30/2012 | 0 | | | |
| 9/30/2012 | 0 | | | |
| 12/31/2012 | 0 | | | |
| 3/31/2013 | 0 | | | |
| 6/30/2013 | 0 | | | |
| 9/30/2013 | 0 | | | |
| 12/31/2013 | 0 | | | |
| 3/31/2014 | 0 | | | |
| 6/30/2014 | 0 | | | |
| 9/30/2014 | 0 | | | |
| 12/31/2014 | 0 | | | |
| 3/31/2015 | 0 | | | |
| 6/30/2015 | 0 | | | |
| 9/30/2015 | 0 | | | |
| 12/31/2015 | 0 | | | |
| 3/31/2016 | 0 | | | |
| 6/30/2016 | 0 | | | |
| 9/30/2016 | 0 | | | |
| 12/31/2016 | | | 9,872.00  PBC 6/30/2014, 6/30/2015, 6/30/2 | |
| 3/31/2017 | 0 | | | |
| 6/30/2017 | | | | |
| 9/30/2017 | | | | |
| 12/31/2017 | | | | |
| 3/31/2018 | | | | |
| 6/30/2018 | | | | |
| 9/30/2018 | | | | |
| 12/31/2018 | | | | |
| 3/31/2019 | | | | |
| 6/30/2019 | | | | |
| 9/30/2019 | | | | |
| 12/31/2019 | 5,390.48 | 104.00  PBC | | |
| 3/31/2020 | 5,417.73 | 2,844.00 | | |
| 6/30/2020 | 4.32 | | | |
| 9/30/2020 | | 3,530.00 | | |
| | 10,812.53 | 6,478.00 | 9,922.00 | 27,212.53 |

Total of
all WV
Liabilities

**61,823.91**

Internal Revenue Service

| | Corporate Income Tax | | FICA Tax | | FUTA Tax | |
|---|---|---|---|---|---|---|
| Period | Liability Due | | Liability Due | | Liability Due | |
| 6/30/2008 | | | | | | |
| 3/31/2012 | | | | | | |
| 6/30/2012 | | | | | | |
| 9/30/2012 | | | | | | |
| 12/31/2012 | | | | | | |
| 3/31/2013 | | | | | | |
| 6/30/2013 | | | | | | |
| 9/30/2013 | | | | | | |
| 12/31/2013 | | | | | | |
| 3/31/2014 | | | | | | |
| 6/30/2014 | | | | | | |
| 9/30/2014 | | | | | | |
| 12/31/2014 | | | | | | |
| 3/31/2015 | | | | | | |
| 6/30/2015 | | | | | | |
| 9/30/2015 | | | | | | |
| 12/31/2015 | | | | | 0 | |
| 3/31/2016 | | | | | | |
| 6/30/2016 | | | | | | |
| 9/30/2016 | | | | | | |
| 12/31/2016 | | | | | 0 | |
| 3/31/2017 | | | | | | |
| 6/30/2017 | | | | | | |
| 9/30/2017 | | | | | | |
| 12/31/2017 | | | | | 927.39 | |
| 3/31/2018 | | | | | | |
| 6/30/2018 | | | | | | |
| 9/30/2018 | | | | | | |
| 12/31/2018 | | | | | | |
| 3/31/2019 | | | | | | |
| 6/30/2019 | | | | | | |
| 9/30/2019 | | | 13,925.44 | PBC | | |
| 12/31/2019 | | | 12,204.54 | PBC | | |
| 3/31/2020 | | | 16,977.00 | | | |
| 6/30/2020 | | | 13,840.44 | | | |
| 9/30/2020 | | | 17,874.54 | | | |
| | - | | 60,896.52 | | 927.39 | |

016

Attachment to Exhibits

**Expenses For Operation of Strip Center.**

On or before October 26, 2020, the Debtor will file an itemization of the operating expenses of the strip center.  These expenses include real estate taxes; insurance; repairs, maintenance and supplies; management; accounting; utilities; and miscellaneous.  The sum of the expenses will not adversely affect the Debtor's proposed 100 percent Plan.